**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Civil Action No. 24-cv-00912-RM-STV

THE RECEIVERSHIP ESTATE OF BLUE ISLE MARKETS INC. AND BLUE ISLE
MARKETS LTD., derivatively through its creditors,

      Plaintiff,

v.

EQUITI CAPITAL UK LIMITED, and
EQUITI ARMENIA CJSC,

      Defendants.

---

**ORDER GRANTING MOTION
FOR ISSUANCE OF LETTER OF REQUEST**

---

Before the Court is Plaintiff's Motion seeking an order issuing a Letter of Request to the Central Authority in the United Kingdom pursuant to Article 1 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters and requesting assistance in obtaining evidence from four witnesses located in England. (ECF No. 142.)  Defendants have not filed any response.

The Court, having considered said Motion and being fully advised in the premises, ORDERS as follows:

1.      The Motion is GRANTED.

2.      The Court hereby issues the Letter of Request (ECF No. 142-2) submitted with the Motion and directed to the Senior Master of the King's Bench Division, Royal Courts of Justice, Strand, London WC2A 2LL (Foreign Process Section, Room E16).  The witnesses are:

a.  Mr. Michael N. Ayres, previous Chief Operating Officer and Director, Equiti UK, 3 Old Parsonage Mews, High Street, Farningham, Dartford, Kent, DA4 0BS;

b.  Ms. Marie A. Boosey, previous Chief Compliance Officer and Director, Equiti UK; acting Director of HF Markets UK Ltd., Bloomsbury Building, 10 Bloomsbury Way, Holborn, London, England, WC1A 2SL;

c.  Ian G. Trussler, previous Head of Compliance and Financial Crime/MLRO, Equiti UK, Flat 13 Regency Court, Station Approach Hockley, Essex, England, SS5 4TW; and

d.  Agata Palma, previous AML Manager, Equiti UK; acting Global Head of Product Compliance (Financial Crime Compliance) at Checkout.com, Wenlock Works, Shepherdess Walk London, N1 7BQ, United Kingdom.

3.  The Court finds the evidence identified in the Motion is necessary for the due determination of the matters in dispute between the parties. The Court respectfully requests that the English courts cause each witness to be examined under oath for purposes of recording and preserving their testimony to the extent permitted.

DATED this 24th day of June, 2026.

BY THE COURT:

RAYMOND P. MOORE
Senior United States District Judge

2