IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore

Civil Action No. 24-cv-00912-RM-STV

THE RECEIVERSHIP ESTATE OF BLUE ISLE MARKETS INC. AND BLUE ISLE
MARKETS LTD., derivatively through its creditors,

Plaintiff,

v.

EQUITI CAPITAL UK LIMITED, and
EQUITI ARMENIA CJSC,

Defendants.

---

ORDER GRANTING MOTION
FOR ISSUANCE OF LETTER ROGATORY

---

Before the Court is Plaintiff's Motion seeking an order issuing a Letter Rogatory to the Ontario Superior Court of Justice, Canada, or other appropriate judicial authority or court within Ontario, Canada, pursuant to Fed. R. Civ. P. 28(b) and seeking the assistance of such court in compelling the appearance of Ms. Judita Simkeviciute for a virtual deposition.   (ECF No. 143.) Defendants have not filed any response.

The Court, having considered said Motion and being fully advised in the premises, ORDERS as follows:

1.     The Motion is GRANTED, and the Court will issue the requested Letter Rogatory submitted with it (ECF No. 143-2).

2.      The deposition will be conducted before a certified court reporter authorized to administer oaths in accordance with the Federal Rules of Civil Procedure and the Local Rules of the District of Colorado.

DATED this 24th day of June, 2026.

BY THE COURT:

_____

RAYMOND P. MOORE
Senior United States District Judge

2