**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Raymond P. Moore**

Civil Action No. 24-cv-00912-RM-STV

THE RECEIVERSHIP ESTATE OF BLUE ISLE MARKETS INC. AND BLUE ISLE
MARKETS LTD., derivatively through its creditors,

     Plaintiff,

v.

EQUITI CAPITAL UK LIMITED, and
EQUITI ARMENIA CJSC,

     Defendants.

---

**ORDER GRANTING MOTION
FOR ISSUANCE OF LETTER OF REQUEST**

---

Before the Court is Plaintiff's Unopposed Motion seeking an order issuing a Letter of
Request from this Court to the Central Authority in the United Kingdom pursuant to Article 1 of
the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters and
requesting assistance in obtaining evidence from two witnesses located in England. (ECF No. 146.)

The Court, having considered the Motion and being fully advised in the premises,
ORDERS as follows:

1.     The Motion is GRANTED.

2.     The Court issues the Letter of Request (ECF No. 146-2) submitted with the Motion
and directed to the Senior Master of the King's Bench Division, Royal Courts of Justice, Strand,
London WC2A 2LL (Foreign Process Section, Room E16).  The witnesses are:

a. Mr. Mitesh Vaghela, previous Director of Product, Equiti UK; acting Chief Operating Officer of ROSTRO Group, 15 Basinghall Street, London, England, EC2V 5BR; and

b. Mr. Samuel Christou ("Sammy Christou"), previous Head of Trading, Equiti UK; acting Managing Director Systematic Market Making of ROSTRO Group, 15 Basinghall Street, London, England, EC2V 5BR.

3. The Court finds the evidence identified in the Motion is necessary for the due determination of the matters in dispute between the parties. The Court respectfully requests that the English courts cause each witness to be examined under oath for purposes of recording and preserving their testimony to the extent permitted.

DATED this 24th day of June, 2026.

BY THE COURT:

_____

RAYMOND P. MOORE
Senior United States District Judge

2